# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| MARTIN MEREDITH § | |
| § | |
| v. § | CIVIL ACTION NO. 4:23cv491 |
| § | Judge Mazzant |
| STATE FARM MUTUAL AUTOMOBILE § | |
| INSURANCE COMPANY § | |

## FINAL JUDGMENT

Pursuant to the Order of Dismissal with Prejudice entered in this case on this date, it is hereby

**CONSIDERED, ORDERED** and **ADJUDGED** that all claims are hereby **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

**SIGNED this 10th day of August, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE